324

Opinion by KINCHELOE, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.

**No. 49455.**—Protests 948113–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757). The protests were therefore sustained to that extent.

**No. 49456.**—Protests 965507–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the books, assessed as books for children's use, are the same in all material respects as those involved in *Aoki Taiseido Book Co.* v. *United States* (10 Cust. Ct. 217, C. D. 757), and those assessed as fashion magazines or lithographs were stipulated to be the same in all material respects as those passed upon in *Aoki Taiseido Book Co.* v. *United States* (6 Cust. Ct. 221, C. D. 467). In accordance therewith the protests were sustained as to both of these items.

**No. 49457.**—Protests 104959–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 2, 1944

**No. 49458.**—Protests 108626–K, etc., of Rosenblatt & Towbin et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 2, 1944

**No. 49459.**—Protests 83217–K, etc., of C. J. Tower & Sons (Buffalo).